1 LAW OFFICE OF
ERICK L. GUZMAN
2 Cal. Bar No. 244391
740 4th St.
3 Santa Rosa, California, 95404
T:(707) 595-4474\ F:(707) 540-6298
4 E: elg@guzmanlaw.org

5
Attorney for Defendant
6 CARLOS FRANCO-VEGA

7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | CASE NO. CR 12CR0440-CRB |
| 13          Plaintiff, | [~~PROPOSED~~] **ORDER APPOINTING COUNSEL FOR APPEAL** |
| 14      v. | |
| 15  CARLOS FRANCO-VEGA, | |
| 16          Defendant. | |

    For good cause shown, Erick L. Guzman is appointed to represent defendant on appeal.

**IT IS SO ORDERED.**


 Oct. 15, 2013
DATED

_____
IT IS SO ORDERED
Judge Charles R. Breyer
United States District Judge